IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       CASE NO: 1:03cr34-SPM

AMIRSARMAD MIRZADEHAZAD,

    Defendant.

_____/

**FINAL ORDER OF FORFEITURE AS TO ALL PARTIES**

THIS CAUSE is before the Court on the Motion of the United States of America for a Final Order Of Forfeiture As To All Parties as to the following property:

> All the miscellaneous computer hardware, software and attachments seized and one sound system currently installed in the defendant's 2000 Mitsubishi Eclipse

WHEREAS, on November 13, 2003, this Court entered a Preliminary Order Of Forfeiture against the property described above; and

WHEREAS, on April 22, 2005, the United States of America caused to be published in the Financial News & Daily Record, a newspaper of general circulation, notice of the forfeiture of the property above and the intent of the United States of America to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition within thirty (30) days of the final publication setting forth their interest in said property; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

DONE AND ORDERED this 19th day of September, 2005, at Gainesville, Florida.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge